■ Matter of GEORGE BACKEN, an Attorney, Resignor. [46 NYS3d 465]—Application to resign for non-disciplinary reasons accepted and name removed from roll of attorneys. Present—Centra, J.P., Peradotto, Lindley, Curran and Scudder, JJ. (Filed Jan. 18, 2017.)

■ Matter of NOEL NEAL BISGES, an Attorney, Resignor. [46 NYS3d 465]—Application to resign for non-disciplinary reasons accepted and name removed from roll of attorneys. Present—Centra, J.P., Peradotto, Lindley, Curran and Scudder, JJ. (Filed Jan. 18, 2017.)

■ Matter of LINDA KESTEN JAECKH, an Attorney, Resignor. [46 NYS3d 465]—Application to resign for non-disciplinary reasons accepted and name removed from roll of attorneys. Present—Centra, J.P., Peradotto, Lindley, Curran and Scudder, JJ. (Filed Feb. 1, 2017.)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDWARD BROWN, Appellant. [46 NYS3d 460]—Motion for reargument and other relief denied. Present—Whalen, P.J., Centra, Peradotto, Carni and Troutman, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHAD T. HOLLOWAY, Appellant. [46 NYS3d 460]—Motion for writ of error coram nobis denied. Present—Whalen, P.J., Peradotto, Lindley, Troutman and Scudder, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEFFAN A. JONES, Appellant. [46 NYS3d 460]—Motion for writ of error coram nobis denied. Present—Whalen, P.J., Smith, Centra, Troutman and Scudder, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CLEMON JONES, Also Known as CLEMENT/CLEMONT JONES, Appellant. (Appeal No. 1.) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CLEMON JONES, Also Known as CLEMENT/CLEMONT JONES, Appellant. (Appeal No. 2.) [46 NYS3d 460]—Motion for writ of error coram nobis denied. Present—Whalen, P.J., Peradotto, Carni, Curran and Troutman, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BRIAN M. FISHER, Also Known as BRYAN MAURICE FISHER, Appellant. [46 NYS3d 461]—Motion for reargument denied. Present—Whalen, P.J., Carni, NeMoyer, Curran and Scudder, JJ.